IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREGORY V. LEE, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | No. 3:14-CV-2029-K |
| | § | |
| CAROLYN W. COLVIN, Acting COMMISSIONER OF SOCIAL SECURITY, | § § § | |
| | § | |
| Defendant. | § | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED.**

Signed August 19th, 2015.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE